4608; *In re D.M.,* Summit App. Nos. 22732 and 22749, 2005-Ohio-6740; and *In re Funk,* Portage App. Nos. 2002–P–0035 and 2002–P–0036, 2002-Ohio-4958.

**2006–0526. State ex rel. Russell v. Thorton.**
Wayne App. No. 05CA0082. On motion for stay of court of appeals' judgment. Motion denied.

**2006–0550. State v. Boczar.**
Ashtabula App. No. 2004–A–0063, 2005-Ohio-6910. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Judgment Entry filed March 6, 2006:

"Whether R.C. 4511.19(D)(4)(b), providing that the results of field sobriety tests are admissible if the officer administered the tests in substantial compliance with the testing standards, is constitutional."

RESNICK and O'DONNELL, JJ., dissent.

The conflict cases are *State v. Robinson,* Fairfield App. No. 2004–CA–45, 160 Ohio App.3d 802, 2005-Ohio-2280, and *State v. Hall,* Licking App. No. 2004–CA–115, 163 Ohio App.3d 90, 2005-Ohio-4271.

**2006–0568. State v. Taylor.**
Montgomery App. Nos. 20649, 20654 and 20655, 2006-Ohio-313. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Decision and Entry filed February 28, 2006:

"Whether a conviction for an attempted drug offense that would have been, if successfully completed, a first-degree felony, but which becomes a second degree felony by virtue of the fact that it is merely an attempt to commit an offense, is subject to the mandatory prison term provisions in R.C. 2925.11."

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

The conflict case is *State v. Pringle* (June 30, 1999), Lucas App. No. L–98–1275.

**2006–0580. State v. Saddler.**
Cuyahoga App. No. 85550, 2005-Ohio-6026. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–0586. State v. Franks.**
Franklin App. No. 04AP–1370, 2005-Ohio-5923. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–0589. State v. Trouten.**
Jefferson App. No. 04 JE 18, 2005-Ohio-6592. On motion for leave to file delayed appeal. Motion granted.
RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

On motion for admission pro hac vice of Susan Lynn Ferguson by Eric J. Yavitch. Motion granted.

**2006–0591. State v. Rosado.**
Cuyahoga App. No. 83694, 2005-Ohio-6026. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–0599. State v. Hach.**
Summit App. No. 19772. On motion for leave to file delayed appeal. Motion denied.

**2006–0604. State v. Shelton.**
Hamilton App. No. C–040658, 2006-Ohio-182. On motion for leave to file delayed appeal. Motion granted.
RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

**2006–0620. State v. Fisher.**
Franklin App. No. 01AP–614, 2001-Ohio-8772. On motion for leave to file delayed appeal. Motion denied.